No. 94–1335. ARIZONA v. AVERYT ET AL. Ct. App. Ariz. Certiorari denied.

No. 94–1336. DELAYE v. AGRIPAC, INC. C. A. 9th Cir. Certiorari denied.

No. 94–1341. HYDE PARK MEDICAL LABORATORY, INC. v. COURT OF CLAIMS OF ILLINOIS ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 94–1345. SERBEN v. INTER-CITY MANUFACTURING CO., INC. C. A. 8th Cir. Certiorari denied.

No. 94–1353. MANNO v. NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–1370. EDMOND v. NEWMAN WHITNEY, A DIVISION OF NEWMAN MACHINE CO., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1372. WAMSLEY ET AL. v. CHAMPLIN REFINING & CHEMICALS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1375. LITZENBERGER v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 94–1385. BONADONNA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–1405. SALARIED EMPLOYEES ASSOCIATION OF THE BALTIMORE DIVISION, FEDERATION OF INDEPENDENT SALARIED UNIONS v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–6974. DEL VECCHIO v. ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 94–7158. DEBARDELEBEN v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 94–7164. CERNY v. WOOD, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.